# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>                Plaintiff,<br><br>vs.<br><br>VPG INVESTMENTS, INC.,<br><br>                Defendant. | Case No. 1:11-cv-00476-BLW<br><br>**ORDER** |

Based on the parties' Stipulated Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 19), and good cause appearing, it is hereby ORDERED that the above case is dismissed, with prejudice, with each party bearing its own fees and costs. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: August 27, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court