# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, | Case No. 1:11-cv-00476-BLW |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| VPG INVESTMENTS, INC., | |
| Defendant. | |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each side to bear its own fees

DATED: August 27, 2012

B. Lynn Winmill
Chief Judge
United States District Court