IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VPG INVESTMENTS, INC.,<br><br>　　　　　　Defendant. | Case No. 1:11-cv-00476-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each side to bear its own fees

DATED: August 27, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court